IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| WILLIE B. DAVIS, #112963, | ) |
| | ) |
|    Petitioner, | ) |
| v. | )   CASE NO. 3:08-cv-0576-TMH |
| | ) |
| GARY HETZEL, *et al.,* | ) |
| | ) |
|    Respondents. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1)   The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #5) filed on August 13, 2008 is overruled;

(2)   The Recommendation of the United States Magistrate Judge (Doc. #4) entered on July 25, 2008 is adopted;

(3)   The 28 U.S.C. § 2254 petition for habeas corpus relief on July 9, 2008 is DENIED.

DONE this the 27th day of August, 2008.

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE